UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. |
| v. | ) ) ) | **COMPLAINT** |
| FEDERAL INSURANCE CO., d/b/a CHUBB & SON, | ) ) ) | (Jury Trial Demand) |
| Defendant. | ) ) ) ) | |

NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of race (Asian) and retaliation, and to provide appropriate relief to Kong Chee Vang, an employee in the underwriting department in defendant's office in Milwaukee, Wisconsin who was adversely affected by such practices. As alleged with greater particularity in paragraph 7 below, Ms. Vang was adversely affected by such practices when Federal Insurance Co., doing business as Chubb & Son ("Chubb") denied Vang opportunities for promotions based on her race (Asian) and in retaliation for her charge alleging discrimination based on her race (Asian) and national origin (Hmong).

1

## JURISDICTION AND VENUE

1.      Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345.  This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-5(f)(1) and (3) ("Title VII"), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2.  The employment practices alleged to be unlawful were committed within the jurisdiction of the Eastern District of Wisconsin.

## PARTIES

3.      Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3).

4.      At all relevant times, Federal Insurance Company ("Federal") has been an insurance company doing business as Chubb & Son ("Chubb"), a division of Federal.   At all relevant times, Federal, through Chubb ("defendant"), has been doing business in the State of Wisconsin and the Eastern District of Wisconsin, and has continuously had at least 15 employees.

5.      At all relevant times, defendant has been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e (b), (g) and (h).

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Kong Chee Vang ("Vang") filed a charge with the Commission alleging violations of Title VII by defendant. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. Since at least July 2006, defendant has engaged in unlawful employment practices in violation of Sections 703(a) and 704(a) of Title VII, 42 U.S.C. §§ 2000e-2(a) and 2000e-3(a). Such practices were engaged in by defendant, through members of its management, including:

(a) failing and refusing to properly consider Vang for promotional opportunities; failing and refusing to promote her; and taking steps to prevent her promotion; on the basis of her race, Asian, including (but not limited to) the use and failure to prevent the use of stereotypes and negative assumptions based on her race;

(b) failing and refusing to properly consider Vang for promotional opportunities; failing and refusing to promote her; and taking steps to prevent her promotion; in retaliation for her opposition to practices made illegal under Title VII and/or her filing of an EEOC charge on or about February 9, 2007 alleging discrimination based on her race, Asian, and national origin, Hmong, or her participation in that charge.

8. The effect of the practices complained of in paragraph 7 above has been to deprive Vang of equal employment opportunities and otherwise adversely affect her status as an employee because of her race and because of her opposition to practices made illegal under Title VII and/or her filing and participating in an EEOC charge.

9. The unlawful employment practices complained of in paragraph 7 were and are intentional.

10. The unlawful employment practices complained of in paragraph 7 above were done with malice or with reckless indifference to the federally protected rights of Vang.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining defendant, its officers, agents, servants, employees, attorneys, and all persons in active concert or participation with them, from engaging in discrimination based upon race or engaging in retaliation against persons who engage in protected activity by opposing conduct prohibited by Title VII or by filing or participating in EEOC proceedings.

B. Order defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities for Asian employees, and which eradicate the effects of its past and present unlawful employment practices.

C. Order defendant to make whole Vang, by providing appropriate backpay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices, including but not limited to rightful place instatement.

D. Order defendant to make whole Vang, by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraph 7 above, in amounts to be determined at trial.

E. Order defendant to make whole Vang by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices complained of in paragraph 7 above, including emotional pain, suffering, inconvenience, loss of enjoyment of life, and humiliation, in amounts to be determined at trial.

F. Order defendant to pay Vang punitive damages for its malicious and reckless conduct described in paragraph 7 above, in amounts to be determined at trial.

G. Grant such further relief as the Court deems necessary and proper in the public interest.

H. Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The EEOC requests a jury trial on all questions of fact raised by its complaint.

                                               P. David Lopez
General Counsel

James L. Lee
Deputy General Counsel

Gwendolyn Young Reams
Associate General Counsel

EQUAL EMPLOYMENT OPPORTUNITY
    COMMISSION
131 M Street, N. E.
Washington, D.C. 20507

Dated: September 28, 2010       s/ _____
John C. Hendrickson
Regional Attorney

Dated: September 28, 2010       s/__
Jean P. Kamp
Associate Regional Attorney

s/Brian C. Tyndall____
Brian C. Tyndall
Senior Trial Attorney

EQUAL EMPLOYMENT OPPORTUNITY
    COMMISSION
Milwaukee Area Office
310 West Wisconsin - Suite 800
Milwaukee, WI 53202
*Telephone*: (414) 297-1130
*Fax:* (414) 297-3146

*E-mail*: john.hendrickson@eeoc.gov
*E-mail*: jean.kamp@eeoc.gov
*E-mail*: brian.tyndall@eeoc.gov

5